Wednesday, August 3, 1988

## MOTION DOCKET

**88-631.** Pride v. Hale. In Mandamus. On motion for injunctive relief. Motion denied. Locher, J., not participating.

Wednesday, August 10, 1988

## MOTION DOCKET

**88-1234.** State v. Gontmakher. *Lake County*, No. 12-182. On motion for transfer of bond and for stay of sentence. Motion denied.

H. Brown, J., dissents.

Locher, J., not participating.

## MISCELLANEOUS DISMISSALS

**88-1077.** Vertex Constr., Inc. v. Setterlin Constr. Co. *Franklin County*, No. 87AP-854. Cause dismissed, on application of counsel for appellant, effective August 4, 1988.

**88-1250.** Springer v. Imperial House Motel of Canton, Ltd. *Cuyahoga County*, No. 53819. Cause dismissed, on application of counsel for appellant, effective August 1, 1988.

Thursday, August 11, 1988

## MOTION DOCKET

**88-1414.** Sandusky Nursing Home, Inc. v. Ohio Dept. of Human Services. *Franklin County*, No. 88AP-621. On motion for injunctive relief. Motion denied.

Locher, J., not participating.

Wednesday, August 17, 1988

## MOTION DOCKET

**88-1288.** State, ex rel. Oser, v. Maier. On motion for peremptory or alternative writ. Motion denied.

Sweeney, J., would grant the motion and hold the election results until the court considers the merits of the cause.

Wright, J., would grant an alternative writ.

Locher, J., not participating.

## MISCELLANEOUS DISMISSALS

**88-881.** Connolly Constr. Co. v. Circleville. *Marion County*, No. 9-86-10. Cause dismissed, upon application of counsel for appellants, effective August 10, 1988.